LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
44 Montgomery Street, Suite 2400
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

BERG & ANDROPHY
David H. Berg (Texas Bar No. 02187000—admitted *pro hac vice*)
dberg@bafirm.com
Christopher L. Gadoury (Texas Bar No. 24034448—admitted *pro hac vice*)
CGadoury@bafirm.com
3704 Travis
Houston, Texas 77002
Telephone: (713) 529-5622
Fax: (713) 529-3785

Attorneys for Plaintiff
HACIENDA MANAGEMENT, S. DE R.L. DE C.V.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HACIENDA MANAGEMENT,<br>S. DE R.L. DE C.V.,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>STARWOOD CAPITAL GROUP GLOBAL I, LLC, STARWOOD GLOBAL OPPORTUNITY FUND VI-A, STARWOOD GLOBAL OPPORTUNITY FUND VI-B, SOF-VI MANAGEMENT, LLC, and STARWOOD CAPITAL GROUP MANAGEMENT, LLC<br><br>　　　　　　Defendants. | CASE NO. 3:12-cv-00395-SC<br><br>**[~~PROPOSED~~] ORDER ON STIPULATION REGARDING MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE** |

Pursuant to the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT:

1. Defendants' motion to dismiss the Complaint [Dkt 22], currently set for hearing on May 4, 2012 at 10:00 a.m., is continued to May ~~18~~ 25, 2012 at 10:00 a.m. Plaintiff's opposition to the motion to dismiss will be due on April 5, 2012, and Defendants' reply will be due on April 19, 2012.

2. The case management conference, currently set for May 25, 2012 at 10:00 a.m., is continued to June ~~15~~ 22, 2012 at 10:00 a.m. Accordingly, the other deadlines are set as follows:

    a. The joint case management conference statement filing will be due June ~~8~~ 15, 2012.

    b. The deadline to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan; file ADR Certification signed by Parties and Counsel; and file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference will be May 25, 2012.

    c. The deadline to complete initial disclosures will be two weeks following the Court's ruling on Defendants' pending motion to dismiss the Complaint. All discovery will be stayed pending the Court's ruling on Defendants' pending motion to dismiss the Complaint.

IT IS SO ORDERED.

Dated: March 22, 2012

_____
Honorable Samuel Conti
United States District Court Judge

**Locke Lord LLP**
44 Montgomery Street, Suite 2400
San Francisco, CA 94104